**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESS RICHARD SMITH,<br><br>     Plaintiff-Appellant,<br><br> v.<br><br>KEITH GOODENOUGH,<br><br>     Defendant-Appellee. | No. 19-35188<br><br>D.C. No. 4:18-cv-05031-SMJ<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of Washington
Salvador Mendoza, Jr., District Judge, Presiding

Submitted November 9, 2020[**]

Before: THOMAS, Chief Judge, TASHIMA and W. FLETCHER, Circuit Judges.

Washington state prisoner Jess Richard Smith appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging retaliation claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Guatay Christian Fellowship v. County of San Diego*, 670 F.3d 957, 970

---

  [*]  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

  [**]  The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2011).  We affirm.

The district court properly granted summary judgment for defendant Goodenough because Smith failed to raise a genuine dispute of material fact as to whether Goodenough's conduct did not reasonably advance a legitimate correctional goal.  *See Rhodes v. Robinson*, 408 F.3d 559, 567-68 (9th Cir. 2005) (elements of a retaliation claim in the prison context); *Pratt v. Rowland*, 65 F.3d 802, 806 (9th Cir. 1995) ("The plaintiff bears the burden of pleading and proving the absence of legitimate correctional goals for the conduct of which he complains.").

**AFFIRMED.**